1  CATHERINE E. HOLZHAUSER, SBN 118756
   ABEL RODRIGUEZ III, SBN 328407
2  **BEESON, TAYER & BODINE, APC**
   520 Capitol Mall, Suite 300
3  Sacramento, CA  95814-4714
   Telephone:     (916) 325-2100
4  Facsimile:     (916) 325-2120
   Email:         cholzhauser@beesontayer.com
5                 arodriguez@beesontayer.com

6  Attorneys for Plaintiff Trustees on Behalf of Teamsters Benefit Trust

7  DENNIS C. BIRKHIMER, SBN 65220
   **DENNIS C. BIRKHIMER, APC**
8  P. O. Box 2790
   San Rafael, CA  94912
9  Telephone:     (415) 257-4700
   Facsimile:     (415) 257-4707
10 Email:         dcb@birkhimerlaw.com

11 Attorneys for Defendant East Bay Restaurant Supply, Inc.

12

13                **UNITED STATES DISTRICT COURT CALIFORNIA**

                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
14
                            **AT OAKLAND**
15

| | |
|---|---|
| 16 TRUSTEES ON BEHALF OF TEAMSTERS BENEFIT TRUST, | Case No. 23-CV-01081-DMR |
| 17                                       Plaintiffs, | **STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE DATE AND RELATED DEADLINES** |
| 18                          v. | Hearing Date:      June 21, 2023 |
| 19 EAST BAY RESTAURANT SUPPLY, INC., | Hearing Time:      1:30 PM |
|                                      | Courtroom:         4, 3rd Floor |
| 20                          Defendant. | Judge:             Donna M. Ryu |
|                                      | Complaint Filed:   March 10, 2023 |
| 21                                   | Trial Date:        None |

22

23                            **STIPULATION**

24      Plaintiff Trustees on Behalf of Teamsters Benefit Trust and Defendant East Bay Restaurant

25 Supply, Inc., by and through their attorneys of record, hereby move for an order to continue the Initial

26 Case Management Conference (CMC) date from June 21, 2023, at 1:30 p.m., to August 23, 2023, at

27 1:30 p.m., along with any corresponding deadlines.  This request is based on the Declaration of Abel

28 Rodriguez filed concurrently herewith and the argument contained therein.

                                                                                        1

STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT
CONFERENCE DATE AND RELATED DEADLINES
Case No. 23-cv-01081-DMR                                                          (1330-0363)

1     Dated: May 26, 2023          BEESON, TAYER & BODINE, APC

2

3                               By:   */s/ Abel Rodriguez*

4                                   ABEL RODRIGUEZ III
                                     Attorneys for Trustees on Behalf of Teamsters
                                     Benefit Trust

5

6     Dated: May 26, 2023          DENNIS C. BIRKHIMER, APC

7

8                               By:

9                                     DENNIS C. BIRKHIMER
                                     Attorney for East Bay Restaurant Supply, Inc.

10

11                            **ATTESTATION**

12                **[U.SD.C. (N.D. Cal.) Civil Local Rule 5-1(i)(3)]**

13     I attest that concurrence in the filing of this document has been obtained from Defendant's

14  counsel and that I will maintain records to support this concurrence for subsequent production for

15  the Court, if so ordered, or for inspection upon request by a party, until one year after final

16  resolution of the action (including appeal, if any).

17     Dated: May 26, 2023          BEESON, TAYER & BODINE, APC

18

19                               By:   */s/ Abel Rodriguez*

20                                     ABEL RODRIGUEZ III
                                     Attorneys for Trustees on Behalf of Teamsters
                                     Benefit Trust

21

22

23

24

25

26

27

28                                                               2

1  CATHERINE E. HOLZHAUSER, SBN 118756
   ABEL RODRIGUEZ, III, SBN 328407
2  **BEESON, TAYER & BODINE, APC**
   520 Capitol Mall, Suite 300
3  Sacramento, CA  95814-4714
   Telephone:   (916) 325-2100
4  Facsimile:   (916) 325-2120
   Email:    cholzhauser@beesontayer.com
5            arodriguez@beesontayer.com

6  Attorneys for Plaintiff Trustees on Behalf of Teamsters Benefit Trust

7  DENNIS C. BIRKHIMER, SBN 65220
   **DENNIS C. BIRKHIMER, APC**
8  P. O. Box 2790
   San Rafael, CA  94912
9  Telephone:   (415) 257-4700
   Facsimile:   (415) 257-4707
10 Email:    dcb@birkhimerlaw.com

11 Attorney for Defendant East Bay Restaurant Supply, Inc.

12                **UNITED STATES DISTRICT COURT CALIFORNIA**

13              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

14                            **AT OAKLAND**

15

| | |
|---|---|
| TRUSTEES ON BEHALF OF TEAMSTERS BENEFIT TRUST, | Case No. 23-CV-01081-DMR |
| | **ORDER (AS MODIFIED) TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |
| Plaintiffs, v. | |
| EAST BAY RESTAURANT SUPPLY, INC., | Hearing Date:   June 21, 2023 |
| | Hearing Time:   1:30 PM |
| Defendant. | Courtroom:   4, 3rd Floor |
| | Judge:   Donna M. Ryu |
| | Complaint Filed:   March 10, 2023 |
| | Trial Date:   None |

Having considered the Stipulated Application and Declaration of Abel Rodriguez III in

support thereof, the Court finds good cause exists to continue the Initial Case Management

Conference and corresponding dates and filings:

1.The Initial Case Management Conference will be continued from June 21, 2023, at

1:30 PM to August 30, 2023, at 1:30 PM, in Oakland by Videoconference only.

28 **ORDER (AS MODIFIED) TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**                                                    1

2.    The last day to meet and confer per the initial disclosures, early settlement, ADR Process selection and discovery plan and file ADR certificate will be continued from May 31, 2023 to July 31, 2023.

3.    The Rule 26(f) Report, Initial Disclosures and Case Management Statement filing deadline will be continued from June 14, 2023 to August 23, 2023.

**IT IS SO ORDERED AS MODIFIED.**

Dated:   June 1, 2023

By:   _____
THE HONORABLE DONNA M. RYU
Chief Magistrate Judge